IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

OVELIO ALEJANDRO MOLERO CARRIZO                                    PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:26-cv-200-DCB-BWR

JASON STREEVAL, Adams County Correctional Center, et al.          RESPONDENTS

### MEMORANDUM OPINION AND ORDER OF DISMISSAL

This matter is before the Court, sua sponte.   On March 19, 2026, pro se Petitioner Ovelio Alejandro Molero Carrizo's petition for habeas corpus relief under 28 U.S.C. § 2241 was filed in this Court.   Pet. [1] at 1–19.   Petitioner challenges his detention by immigration authorities at the Adams County Correctional Center in Natchez, Mississippi.   *Id*.

Petitioner previously filed, and is pending, a § 2241 habeas petition.   *Carrizo v. Streeval*, No. 5:26-cv-136-DCB-RPM (S.D. Miss. filed Mar. 4, 2026) (hereinafter referred to as "*Carrizo 1*.")   Comparing the petition filed here with the petition filed in "*Carrizo 1*," Petitioner duplicates the claims asserted in his earlier habeas.   When a complaint "duplicates claims asserted in an earlier case," the later filed case "may be summarily dismissed." *Conner v. Warden*, No. 5:24-CV-717 SEC P, 2024 No. 4096437, at *1 (W.D. La. Aug. 12, 2024) (citations omitted), *report and recommendation adopted*, 2024 WL 4094291 (W.D. La. Sept. 5, 2024). "This principle applies to petitions for writ of habeas corpus."   *Id*. (citations omitted).   This habeas petition will be dismissed without prejudice because it duplicates "*Carrizo 1*" and Petitioner will be allowed to pursue his habeas in that earlier filed habeas case.

IT IS, THEREFORE, ORDERED AND ADJUDGED that pro se Petitioner Ovelio Alejandro Molero Carrizo's habeas corpus Petition [1] is dismissed without prejudice and he is to proceed and pursue his habeas claims in his pending § 2241 habeas petition, *Carrizo v.*

*Streeval*, No. 5:26-cv-136-DCB-RPM (S.D. Miss. filed Mar. 4, 2026).    A separate final

judgment will be entered pursuant to Federal Rule of Civil Procedure 58.[1]

    SO ORDERED, this the   7th   day of April, 2026.


                        s/David Bramlette
                        UNITED STATES DISTRICT JUDGE

---

[1] A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241 when the petitioner is in federal detention.  *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005) (citing *Ojo v. I.N.S*, 106 F.3d 680, 681 (5th Cir.1997)).